IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| THOMAS G. THOMPSON, #1368704 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv379 |
| TYLER POLICE DEPARTMENT, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Thomas G. Thompson, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit concerning his DWI conviction. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. The Plaintiff has filed objections to the Report and Recommendation.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. It is accordingly

**ORDERED** that the Plaintiff's civil rights claims are **DISMISSED** with prejudice to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), conditions are met. It is further

    **ORDERED** that all motions not previously ruled on are **DENIED**.

    **SIGNED this 25th day of September, 2007.**

 

_/s/ Michael H. Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE